IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWCHOPS RESTAURANT COMCAST, | CIVIL ACTION |
| Plaintiff, | |
| | No. 2:20-CV-01869-TJS |
| v. | |
| ADMIRAL INDEMNITY COMPANY | |
| Defendant. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties that Defendant ADMIRAL INDEMNITY COMPANY may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint is Tuesday, May 26, 2020.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that: (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

| | |
|---|---|
| **GOLOMB & HONIK** | **GOLDBERG SEGALLA, LLP** |
| By:/s/ Kenneth J. Grunfeld | By: Eric F. Fitzgerald |
| Kenneth J. Grunfeld | Eric F. Fitzgerald |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Newchops Restaurant Comcast | Admiral Indemnity Company |
| Dated: 5/6/2020 | Dated: 5/6/2020 |

26284010.v1