**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LH DINING L.L.C. d/b/a** : | **CIVIL ACTION** |
| **River Twice Restaurant** : | |
| : | |
| **v.** : | |
| : | |
| **ADMIRAL INDEMNITY COMPANY** : | **NO. 20-1869** |

**ORDER**

**NOW,** this 17th day of December, 2020, upon consideration of the defendant's Motion to Dismiss the First Amended Complaint (Document No. 29), the plaintiff's response (Document No. 30) and the defendant's reply (Document No. 31), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.